UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL D. TURNER,<br><br>    Plaintiff,<br><br>  v.<br><br>WRIGHT INSTITUTE, THE,<br><br>    Defendant. | Case No. 13-cv-04563-JST<br><br>**MINUTE ORDER NOTING THAT VOLUNTARY DISMISSAL IS INEFFECTIVE; ORDERING DEFENDANT TO JOIN IN REQUEST FOR DISMISSAL OR TO NOTIFY THE COURT OF ANY OPPOSITION TO DISMISSAL**<br><br>Re: ECF No. 24 |

    Plaintiff Paul D. Turner has requested that this action be dismissed. ECF No. 24. However, since Defendant the Wright Institute has filed an answer, Plaintiff may not dismiss the case unilaterally. Fed R. Civ. Pro. 41(a). A notice of dismissal is only effective in this situation if it is "signed by all parties who have appeared." Id.

    Defendant is ordered to, not later than June 17, 2014, either (a) file a stipulation of dismissal jointly with Plaintiff or (b) notify the Court of any objection to dismissal.

    **IT IS SO ORDERED.**

Dated: June 3, 2014

                                                      JON S. TIGAR
                                                 United States District Judge